| | |
|---|---|
| 1 | HARVEY P. SACKETT (72488) |
| 2 | **SACKETT** |
| 3 | AND ASSOCIATES<br>A PROFESSIONAL LAW CORP. |
| 4 | 1055 Lincoln Avenue<br>San Jose, California 95125-6011 |
| 5 | Telephone: (408) 295-7755<br>Facsimile: (408) 295-7444 |
| 6 | /as |
| 7 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALLY RAMOS, | ) | Case No. 2:18-cv-00060-DMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until March 25, 2019, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before April 24, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (thirteen opening briefs and two reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

///

1

STIPULATION AND ORDER

Dated: February 22, 2019 /s/HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff
SALLY RAMOS

Dated: February 22, 2019 /s/CAROL S. CLARK
CAROL S. CLARK
Special Assistant U.S. Attorney
Social Security Administration

IT IS ORDERED.

Dated: February 26, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER