HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

CEG/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALLY RAMOS, | ) | Case No. 2:18-cv-00060-DMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a ten (10) day extension of time until April 4, 2019, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before May 3, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (fourteen opening briefs and three reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has expressly stipulated to the requested relief.

Dated: March 25, 2019        */s/HARVEY P. SACKETT*

STIPULATION AND ORDER

|     |                         |                                                      |
| --- | ----------------------- | ---------------------------------------------------- |
| 1   |                         | HARVEY P. SACKETT                                    |
|     |                         | Attorney for Plaintiff                               |
| 2   |                         | SALLY RAMOS                                          |
| 3   |                         |                                                      |
| 4   | Dated:  March 25, 2019  | */s/CAROL S. CLARK*                                  |
|     |                         | CAROL S. CLARK                                       |
| 5   |                         | Special Assistant U.S. Attorney                      |
| 6   |                         | Social Security Administration                       |
| 7   | IT IS ORDERED.          |                                                      |
| 8   |                         |                                                      |
|     | Dated:  March 28, 2019  | [signature]                                          |
| 9   |                         | _____                       |
|     |                         | DENNIS M. COTA                                       |
| 10  |                         | UNITED STATES MAGISTRATE JUDGE                       |

STIPULATION AND ORDER