| | |
|---|---|
| 1 | HARVEY P. SACKETT (72488) |
| 2 | **SACKETT AND ASSOCIATES** |
| 3 | A PROFESSIONAL LAW CORP. |
| 4 | 1055 Lincoln Avenue<br>San Jose, California 95125-6011 |
| 5 | Telephone: (408) 295-7755<br>Facsimile: (408) 295-7444 |
| 6 | /as |
| 7 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY RAMOS, | ) Case No. 2:18-cv-00060-DMC |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| ANDREW M. SAUL[1], | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until July 31, 2019, in which to e-file her Reply to the Defendant's Cross-Motion for Summary Judgment. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (sixteen opening briefs and five reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

---

[1] As of June 4, 2019, Andrew M. Saul is the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is substituted as Defendant. No further action needs to be taken by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

STIPULATION AND ORDER

| | |
|---|---|
| Dated: July 1, 2019 | /s/HARVEY P. SACKETT |
| | HARVEY P. SACKETT |
| | Attorney for Plaintiff |
| | SALLY RAMOS |

| | |
|---|---|
| Dated: July 1, 2019 | /s/CAROL S. CLARK |
| | CAROL S. CLARK |
| | Special Assistant U.S. Attorney |
| | Social Security Administration |

IT IS ORDERED.

Dated: July 9, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

E

STIPULATION AND ORDER