**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALLY Z. RAMOS, | No. 2:18-CV-0060-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on June 1, 2020, and Plaintiff appealed. Pursuant to the Ninth Circuit Court of Appeals' August 11, 2021, order granting the parties' joint motion for remand for a new administrative hearing, this matter will be remanded to the agency for a new hearing before a different administrative law judge.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Commissioner's final decision is reversed and this matter is remanded for a new hearing before a different administrative law judge; and

2. The Clerk of the Court is directed to enter judgment and close this file.

Dated: August 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE