PHILLIP A. TALBERT,
Acting United States Attorney
PETER K. THOMPSON,
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER,
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (570) 970-4816
E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY RAMOS,<br><br>          Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security Administration,<br><br>          Defendant. | CIVIL NO. 2:18-cv-00060-DMC<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

On August 11, 2021 the United States Court of Appeals for the Ninth Circuit granted the parties' Joint Motion to Remand and issued an order remanding Circuit Case No. 20-16394 back to the Defendant, Acting Commissioner of Social Security (Commissioner), for a rehearing pursuant to 42 U.S.C. § 405(g) (sentence four). On August 30, 2021, this Court entered an order and judgment remanding the case consistent with the Circuit court order.

In the interest of administrative and judicial economy, the parties, through their undersigned attorneys, have agreed to stipulate that Plaintiff be awarded TWO THOUSAND DOLLARS AND ZERO CENTS ($2,000.00) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

Stipulation for EAJA Fees, 1:20-cv-00060-DMC                                                                                   1

This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, including the appellate proceedings in Ninth Circuit Case No. 20-16394. This award shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees, expenses and costs related to this case and Ninth Circuit Case No. 20-16303.  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.

After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to Harvey P. Sackett.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor an assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA is entered, the Government will determine whether they are subject to offset.  Fees shall be made payable to Plaintiff, but if the Department of Treasury determines Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses, and costs to be made payable directly to Mr. Sackett, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Mr. Sackett.

This award is without prejudice to the rights of Sackett and Associates and/or Harvey P. Sackett to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.  All parties whose signature lines appear in this document have consented, through their attorneys, to its filing.

///

///

///

///

///

Stipulation for EAJA Fees, 1:20-cv-00060-DMC                                                                    2

|   |   |   |   |
|---|---|---|---|
| November 9, 2021 | | By: | /s/*Elizabeth Firer* <br> ELIZABETH FIRER <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

PHILLIP A. TALBERT
Acting United States Attorney

November 9, 2021            By:    /s/*Harvey P. Sackett\** 
                                   HARVEY P. SACKETT
                                   Sackett and Associates
                                   Attorneys for Plaintiff
                                   [*signature authorized via email 11/07/2021]

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: November 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

_____

Stipulation for EAJA Fees, 1:20-cv-00060-DMC                                    3